# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR JAMES HENRY JR., an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware Corporation; ALEXIS DOE, an individual; and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. 2:19-cv-06883-JAK-SK<br><br>**ORDER RE STIPULATION TO REMAND CASE TO STATE COURT (DKT. 12)**<br><br>**JS-6: Remand** |

Based upon a review of the Stipulation to Remand Case to State Court (the "Stipulation" (Dkt. 12)), good cause has been shown to grant the relief requested. Therefore, the Stipulation is **GRANTED** as follows:

This action is hereby remanded to the Los Angeles Superior Court at its Stanley Mosk Courthouse as Case No. 19STCV21848.

IT IS SO ORDERED.

Dated: October 22, 2019

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE